Shah Peerally (CA Bar No: 230818)
Erich Keefe (CA Bar No: 226746)
LAW OFFICES OF SHAH PEERALLY
4510 Peralta Blvd, Suite 23
Fremont, CA 94536
Telephone: (510) 742 5887
Fax: (510) 742 5877

Attorneys for Petitioner: SUBRAHMANYAM VENKATA SATYA DOKIPARTHI

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| SUBRAHMANYAM VENKATA SATYA DOKIPARTHI ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. |
| vs. ) | |
| ) | |
| Michael Mukasey, Attorney General of the ) | CIVIL ACTION |
| United States; Michael Chertoff, Secretary of the ) | TO COMPEL DEFENDANTS |
| Department of Homeland Security; Emilio ) | TO COMPLETE |
| Gonzelez, Director of United States Citizenship & ) | NATURALIZATION PROCESS |
| Immigration Services; Robert S. Mueller, III, ) | |
| Director of the Federal Bureau of Investigations; ) | INS A# 075-617-412 |
| Christina Poulos, Director of the California Service ) | |
| Center; et al; ) | |
| ) | |
| Defendants ) | |

**To the Honorable Judges of Northern District of California San Francisco Court:**

Plaintiff, Subrahmanyam Venkata Satya Dokiparthi through undersigned counsel, alleges as follows:

**INTRODUCTION**

1. This is a civil action brought pursuant to 8 U.S.C. § 1447, 28 U.S.C. §1331 and 1361, 5 U.S.C. § 701 and 28 U.S.C. §2201 *et. seq.* to redress the deprivation of rights, privileges and immunities secured to Plaintiff to compel Defendants to perform a duty Defendants owe to Plaintiff. Jurisdiction is also conferred by 5 U.S.C. §704.

2. This action is brought to compel Defendants and those acting under them to take action on a Form N-

400, Application for Naturalization, (hereafter "the Application") in order for Plaintiff to become a Naturalized Citizen of the United States. The Application was filed with the United States Citizenship and Immigration California Service Center, California on Januray 11, 2006 by Subrahmanyam Venkata Satya Dokiparthi. (See Ex. 1, I-797, Notice of Action.) Subrahmanyam Venkata Satya Dokiparthi was interviewed by an Immigration Officer on May 8, 2006 and successfully passed the English language and history and government tests. (See Ex. 2, Form N-652, Naturalization Interview, for proof of successful passage of both tests). To this day, approximately one year and seven months after the interview, Subrahmanyam Venkata Satya Dokiparthi still awaits the decision. Certainly more than 120 days have passed since the interview in this matter, thus vesting jurisdiction with this court under 8 U.S.C. § 1447.

3. Plaintiff is eligible to have his Application adjudicated.

4. Defendants, the Department of Homeland Security and U.S. Citizenship and Immigration Services (USCIS), are charged by law with the statutory obligation to adjudicate this Application.

5. Venue is proper under 28 USC §1391(e) because the Plaintiff resides in this district and no real property is involved in this action.

**FACTS**

6. Subrahmanyam Venkata Satya Dokiparthi became a lawful permanent resident on May 23, 2000.( See Ex. 7, Copy of Permanent Resident Card.) He was eligible to file for his United States Citizenship on February 23, 2005, four years and nine months from the date he became a lawful permanent resident.

7. Subrahmanyam Venkata Satya Dokiparthi filed his Form N-400, Application for Naturalization, with the United States Citizenship and Immigration Naturalization Service Center, California on or about January 11, 2006. (See Ex. 1, I-797, Notice of Action)

8. Subrahmanyam Venkata Satya Dokiparthi was interviewed by an Immigration Officer on May 8, 2006 and successfully passed the English language and history and government tests. (See Ex. 2, Form N-

652, Naturalization Interview, for proof of successful passage of both tests). To this day, approximately one years and seven months after the interview, Subrahmanyam Venkata Satya Dokiparthi still awaits the decision.

9. Plaintiff has sought the assistance of USCIS Customer Service and Member of Congress, Anna G. Eshoo in this matter. (See Ex. 3, 4, 5, 6 Correspondence between Plaintiff and USCIS and Member of Congress, Anna G. Eshoo.)

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

10. Plaintiff has exhausted his administrative remedies. Plaintiff has supplied the USCIS and FBI with documents that clearly establish his eligibility to be naturalized as a U.S. Citizen. Plaintiff has provided his fingerprints to Defendants. (See Ex. 8, USCIS Fingerprint Notification dated February 1, 2006.) Plaintiff has sought the assistance of USCIS Customer Service and Member of Congress, Anna G. Eshoo.

## CLAIMS

11. Defendants have willfully and unreasonably delayed in and have refused to adjudicate the Application, thereby depriving the Plaintiff of the benefit of becoming a Naturalized U.S. Citizen.

12. Defendants owe Plaintiff a duty to adjudicate the Petition and have unreasonably failed to perform that duty.

13. Plaintiff has exhausted any administrative remedies that may exist.

WHEREFORE, Plaintiff prays that the Court:

1. Assume jurisdiction over the case and naturalize the Plaintiff under the terms of 8 USC 1447(b); or

2. Compel Defendants and those acting under them to perform their duty to adjudicate the Petition; and

3. Grant such other and further relief as this Court deems proper under the circumstances; and

4.   Grant Attorney's fees and costs of Court to Plaintiff under the Equal Access to Justice Act.

Respectfully submitted this    day of December 2007.

Attorneys for Plaintiff

_____
Shah Peerally, Esq.
Attorney for Plaintiff

_____
Erich Keefe, Esq.
Attorney for Plaintiff

EXHIBITS

1. I-797C Notice of Action on N-400 Application dated January 11, 2006;
2. N-652, Naturalization Interview Results dated May 8, 2006;
3. September 11, 2007 letter from USCIS;
4. November 26, 2007 letter from Member of Congress, Anna G.Eshoo;
5. November 26, 2006 letter from Plaintiff to Member of Congress, Anna G.Eshoo;
6. August 18, 2007 letter from Plaintiff to USCIS;
7. Copy of Permanent Resident Card;
8. USCIS Fingerprint Notification dated February 1, 2006.

CIVIL ACTION TO COMPEL DEFENDANTS TO COMPLETE NATURALIZATION PROCESS

4