"Exhibit 1"

**THE UNITED STATES OF AMERICA**

| Receipt | NOTICE DATE<br>January 24, 2006 |
|---|---|
| CASE TYPE<br>N400   Application For Naturalization | INS A#<br>A 075 617 412 |
| APPLICATION NUMBER<br>WSC*001435473 | RECEIVED DATE<br>January 11, 2006 | PRIORITY DATE<br>January 11, 2006 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
SUBRAHMANYAM VENKATA SATYA DOKIPARTHI
3391 GREER RD
PALO ALTO CA 94303

PAYMENT INFORMATION:

Single Application Fee:     $400.00
Total Amount Received:      $400.00
Total Balance Due:            $0.00

lldadadalldlaadlı

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:            June 12, 1967
Address Where You Live:   3391 GREER RD
                          PALO ALTO CA 94303

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 365 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

WSC3001542529

**INS Customer Service Number:**
(800) 375-5283


APPLICANT COPY

**"Exhibit 2"**

Department of Homeland Security
U.S Citizenship and Immigration Services

**N-652, Naturalization Interview Results**

A#: _____

On __MAY -8_____, you were interviewed by USCIS officer _____

☒ You passed the tests of English and U.S. history and government.

☐ You passed the tests of U.S. history and government and the English language requirement was waived.

☐ USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐ You will be given another opportunity to be tested on your ability to _____ speak/ _____ read/ _____ write _____ English.

☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐ Please follow the intructions on Form N-14.

☐ USCIS will send you a written decision about your application.

☐ You did not pass the second and final test of your _____ English ability/ _____ knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ Congratulations! Your application has been recommended for approval. At this time it appears that you have established your eligibility for naturlaization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) __✗____ A decision cannot yet be made about your application.

It is very important that you:      *PENDING FOR SECURITY CHECKS*

☒ Notify USCIS if you change your address

☒ Come to any scheduled interview.

☒ Submit all requested documents.

☒ Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#,) and a copy of this paper.

☒ Go to any Oath Ceremony that you are scheduled to attend.

☒ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

NOTE: Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.

Form N-652 (Rev. 01/14/05)N

"Exhibit 3"

U.S. Department of Homeland Security
San Francisco, CA 94111

**U.S. Citizenship and Immigration Services**

SUBRAHMANYAM DOKIPARTHI
3391 GREER ROAD
PALO ALTO, CA 94303

App Id: A75617412
Date: 9/11/2007
Officer: MW

Re: Pending N-400 for Background Check

This is in response to your recent inquiry. A review of your application shows that your Form N-400, Application for Naturalization, is still pending for the completion of all necessary background checks. Unfortunately a decision on your application cannot be made until all required security checks have been completed. All cases pending for security checks are regularly reviewed for any new cases that have cleared.

We apologize for the delay and request your cooperation and patience in waiting for these important checks to be completed.

Any future inquiries for cases pending outside normal processing times should be directed to the National Customer Service Center at 1-800-375-5283.

Thank You.

U.S. Citizenship and Immigration Services
630 Sansome Street
San Francisco CA 94111

**"Exhibit 4"**

WASHINGTON OFFICE
205 CANNON BUILDING
WASHINGTON, DC 20515-0514
(202) 225-8104
FAX (202) 225-8890

DISTRICT OFFICE
698 EMERSON STREET
PALO ALTO, CA 94301-1609
(650) 323-2984
(408) 245-2339
(831) 335-2020
FAX (650) 323-3498

http://eshoo.house.gov

COMMITTEE ON ENERGY AND COMMERCE
SUBCOMMITTEES:
TELECOMMUNICATIONS AND THE INTERNET
HEALTH

PERMANENT SELECT COMMITTEE ON
INTELLIGENCE
SUBCOMMITTEES:
INTELLIGENCE COMMUNITY MANAGEMENT

# Anna G. Eshoo
## 14th District, California
### Congress of the United States
### House of Representatives
### Washington, DC 20515-0514

November 26, 2007

Mr. Subrahmanyam Dokiparthi
3391 Greer Road
Palo Alto, California 94303

Dear Mr. Dokiparthi,

Thank you for your recent inquiry regarding your citizenship application.

I've contacted the USCIS and FBI on your behalf to request their assistance. I will let you know what I learn as soon as I hear from them. In the meantime, please do not hesitate to contact Rachel Arnow in my Palo Alto District Office if you have any questions or updates on your case. I've also enclosed some information on security checks that I thought would be of interest to you.

Thank you for providing me with the opportunity to assist you.

Sincerely,

Anna G. Eshoo
Member of Congress

Enclosure

AGE:rva

**"Exhibit 5"**

November 26, 2007

Congresswoman Anna G. Eshoo,
698 Emerson Street,
Palo Alto, CA 94301.

Dear Madam,

I am living in this country for 14 years and have been a permanent resident since May, 2000. I have applied for Citizenship in January 2006, and an interview was conducted on May 08, 2006. I have passed the English and U.S. history and government tests, but a decision was not made due to pending security checks. A recent inquiry was made and response was still the same – application is still pending for the completion of necessary background checks.

I have been deprived of the substantial and unique benefits of citizenship, including protection of the laws of the United States equal to the citizens; political rights including the right to vote; the right to enter and remain in the United States; freedom of movement and travel; the right to obtain a United States passport; the protection of United States government when outside of the United States. I have been subjected to fear, despair and uncertainty engendered by the inability to obtain citizenship and the inability to file visa petitions for immediate relatives as a United States citizen.

My application has been pending for background checks with USCIS for more than 18 months and there is no clear indication as when it may be complete. I kindly request you to assist in expediting my application for citizenship.

Regards,

*[signature]*
Subrahmanyam Dokiparthi.

**"Exhibit 6"**

August 18, 2007

From

Subrahmanyam Dokiparthi,
3391 Greer Rd,
Palo Alto, CA 94303.

To

The Officer,
USCIS, Citizenship Branch,
630 Sansome street,
San Francisco, CA 94111.

Dear Sir/Madam,

My application for naturalization (N400) is pending at your office. My application number is WSC*001435473. I have completed my interview on May 08, 2006 and waiting for Oath. I am going on vacation out of the country for 3 months. In case you are scheduling for Oath, I request for an Oath date after November 17, 2007.

Thank you.

Subrahmanyam Dokiparthi
WSC*001435473

# "Exhibit 7"





"Exhibit 8"

"Exhibit 8"

Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-797C, Notice of Action

| | | | |
|---|---|---|---|
| CASE TYPE<br>N400 Application For Naturalization | | | INS A#<br>A 075 617 412 |
| APPLICATION NUMBER<br>WSC*001435473 | RECEIVED DATE<br>January 11, 2006 | PRIORITY DATE<br>January 11, 2006 | PAGE<br>1 of 1 |
| NOTICE DATE<br>February 01, 2006 | | | |
| Fingerprint Notification | | | |

APPLICANT NAME AND MAILING ADDRESS
SUBRAHMANYAM VENKATA SATYA DOKIPARTHI
3391 GREER RD
PALO ALTO CA 94303

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| INS SAN FRANCISCO<br>250 BROADWAY STREET<br>SAN FRANCISCO CA 94111 | 02/14/2006<br>02:00 PM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

## REQUEST FOR RESCHEDULING

☐ Please reschedule my appointment for the next available:  ☐ Wednesday afternoon   ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

INS SAN FRANCISCO
250 BROADWAY STREET
SAN FRANCISCO CA 94111

APPLICANT COPY

APPLICATION NUMBER
WSC*001435473

If you have any questions regarding this notice, please call 1-800-375-5283.

**WARNING!**
Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.